1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  ERIN SNIDER, CA Bar #304781
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   MANUEL MOLINA-GAMINO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:24-mj-00127-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE DETENTION HEARING; ORDER** |
| vs. | Date:  November 15, 2024 |
| MANUEL MOLINA-GAMINO, | Time:  2:00 p.m. |
| Defendant. | Judge: Hon. Stanley A. Boone |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Arelis Clemente, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Manuel Molina-Gamino, that the Court may continue the detention hearing currently scheduled for November 14, 2024, to November 15, 2024, at 2:00 p.m.

Defense counsel intends to propose that the Court release Mr. Molina-Gamino to the custody of his uncle, Jeronimo Hernandez. Mr. Hernandez, however, is unable to attend court on November 14, 2024, due to a prior commitment. He is available on Friday, November 15, 2024. To avoid the United States Marshal Service unnecessarily transporting Mr. Molina-Gamino to court on November 14, 2024, the parties respectfully request that the Court continue the detention hearing one day to permit the proposed third-party custodian to appear in person. As Mr. Molina-Gamino made his initial appearance on November 7, 2024, and due to the

intervening federal holiday, the new proposed date is within the five-day period prescribed under 18 U.S.C. § 3142 and, accordingly, the Court need not make a finding of good cause.

**IT IS SO STIPULATED.**

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: November 13, 2024          */s/ Arelis Clemente*
ARELIS CLEMENTE
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: November 13, 2024          */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
MANUEL MOLINA-GAMINO


**O R D E R**

**IT IS SO ORDERED.** The detention hearing scheduled for November 14, 2024, is hereby continued to November 15, 2024, at 2:00 p.m.  The defendant is ordered to appear.

IT IS SO ORDERED.

Dated:   **November 13, 2024**

STANLEY A. BOONE
United States Magistrate Judge