PHILLIP A. TALBERT
United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4041
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. MANUEL MOLINA-GAMINO AKA MANUEL MOLINA-GAMIÑO, Defendant. | Case No. 1:24-cr-00277-KES-BAM **STIPULATION TO CONTINUE STATUS CONFERENCE: AND ORDER** Date; January 8, 2025 Time: 1:00 p.m. Judge: Hon. Barbara A. McAuliffe |

IT IS HEREBY STIPULATED between the parties that the status conference set for December 11, 2024, at 1:00 p.m., can be continued to January 8, 2025, at 1:00 p.m. The parties require additional time to review discovery, conduct necessary investigation, and engage in plea negotiations. The parties agree that time shall be excluded through January 8, 2025, for purposes of defense preparation and continuity of defense counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated: December 3, 2024

*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Manuel Molina-Gamino


*/s/ Arelis M. Clemente*
ARELIS M. CLEMENTE
Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4041
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MANUEL MOLINA-GAMINO AKA MANUEL MOLINA-GAMIÑO, <br><br> Defendant. | Case No. 1:24-cr-00277-KES-BAM <br><br> ORDER |

Upon the parties' stipulation and for good cause shown, the status conference currently scheduled for December 11, 2024, at 1:00 p.m. is hereby continued to **January 8, 2025, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe.** Time under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., is excluded through January 8, 2025, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:  **December 3, 2024**          /s/ Barbara A. McAuliffe
                                      UNITED STATES MAGISTRATE JUDGE