1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  ERIN SNIDER, CA Bar #304781
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   MANUEL MOLINA-GAMINO
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:24-cr-00277-KES-BAM-1
12 | Plaintiff, | **STIPULATION TO VACATE STATUS CONFERENCE AND SET FOR CHANGE-OF-PLEA AND SENTENCING HEARING; AND ORDER**
13 | vs. |
14 | MANUEL MOLINA-GAMINO, |
15 | Defendant. | Date:  January 27, 2025
                  Time:  9:30 a.m.
                  Judge: Hon. Kirk E. Sherriff
16

17        IT IS HEREBY STIPULATED by and between the parties through their respective

18 counsel, Assistant United States Attorney Arelis M. Clemente, counsel for plaintiff, and

19 Assistant Federal Defender Erin Snider, counsel for Manuel Molina-Gamino, that the Court may

20 vacate the status conference currently scheduled for January 8, 2025, at 1:00 p.m. and set a

21 change-of-plea and sentencing hearing on January 27, 2025, at 9:30 a.m.

22        The parties agree and request that the Court make the following findings:

23        1.    The parties have reached a resolution under the Fast-Track Immigration

24 Prosecution Program, pursuant to which Mr. Molina-Gamino has agreed to a pre-plea

25 presentence investigation and to immediate sentencing following entry of his guilty plea.

26        3.    The parties therefore request that the Court vacate the January 8, 2025 status

27 conference and set a change-of-plea and sentencing hearing on January 27, 2025, at 9:30 a.m.

28        4.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

*et seq.*, within which trial must commence, the parties agree that the time period of January 8, 2025, to January 27, 2025, inclusive, is excludable pursuant to 18 U.S. C. § 3161(h)(1)(G) and (h)(7)(B)(iv). Specifically, the parties agree that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act because the continuance ensures continuity of counsel and the delay results from the court's consideration of the plea agreement.

**IT IS SO STIPULATED.**

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: December 10, 2024

*/s/ Arelis Clemente*
ARELIS CLEMENTE
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: December 10, 2024

*/s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
MANUEL MOLINA-GAMINO

# **O R D E R**

IT IS SO ORDERED. The status currently scheduled for January 8, 2025, at 1:00 p.m. is vacated. **A change-of-plea and sentencing hearing is hereby set for January 27, 2025, at 9:30 a.m. before District Judge Kirk E. Sherriff**. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of January 8, 2025, to January 27, 2025, inclusive, is excludable pursuant to 18 U.S.C. § 3161(h)(1)(G) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   **December 11, 2024**            /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE