PHILLIP A. TALBERT
United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br>           v.<br><br>MANUEL MOLINA-GAMINO,<br><br>                                    Defendant. | CASE NO. 1:24-CR-00277-KES-BAM<br><br>**ORDER** |

**ORDER**

Upon the parties' stipulation and for good cause shown, the change of plea and sentencing hearing currently scheduled for January 27, 2025, at 9:30 a.m. is hereby continued to February 10, 2025, at 9:30 a.m. Time under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., is excluded through February 10, 2025, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   December 19, 2024                    _____
                                              UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER                    1